

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00638-CV

**SWIFT ENERGY OPERATING, LLC**,
Appellant

v.

**REGENCY FIELD SERVICES LLC**, Regency Energy Partners LP, Regency GP LP, and
Regency GP LLC,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-14-0029-CV-C
Honorable Janna K. Whatley, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, Swift Energy Operating, LLC's motion for rehearing is DENIED. Acting *sua sponte*, we WITHDRAW our April 10, 2019 opinion and judgment and substitute this opinion and judgment in their stead.

Appellees' December 19, 2018 unopposed motion for leave to file notice of supplemental authority and Appellant's January 18, 2019 unopposed motion for leave to file response to Appellees' notice of supplemental authority are GRANTED.

We AFFIRM the portion of the trial court's order that grants summary judgment for Appellees against Appellant's PCQ lease claims.

We REVERSE the portion of the trial court's order that grants summary judgment for Appellees against Appellant's non-PCQ leases claims.

We REMAND this cause to the trial court.

SIGNED May 29, 2019.

_____
Patricia O. Alvarez, Justice